UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEAN RUSSELL SHELTON,<br><br>            Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA, JAMES A MCDEVITT, AINE AHMED, CHRISTIAN WALTERS, AARON KIRBY, DARRIN MEINERS, JOHN DOE U.S. MARSHALL, JOHN DOE FEDERAL BUREAU OF PRISONS GENERAL COUNCIL, and J.L. NORWOOD,<br><br>            Defendants. | NO.  CV-09-007-EFS<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

    In early March 2009, pro se Plaintiff Dean Russell Shelton sent the Court several letters expressing uncertainty on whether to proceed with the above-captioned matter.  (Ct. Recs. 10, 11, & 12.)  The Court instructed Plaintiff that if he wished to proceed with this action, he must notify the Court no later than April 20, 2009.  (Ct. Rec. 16.) Plaintiff did not respond.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED**: The Complaint **(Ct. Rec. 1)** is **DISMISSED without prejudice.**

**IT IS SO ORDERED.** The District Court Executive is directed to:

1. enter this Order;

2. deny all pending motions as moot;

3. enter judgment of dismissal without prejudice;

4. send a copy of this Order and the Judgment to Plaintiff at his last-known address;

5. close the file; and

6. forward a copy of this Order and the Judgment to the Office of the Attorney General of Washington, Criminal Justice Division.

**DATED** this ____7th____ day of May 2009.

                        S/ Edward F. Shea
                        EDWARD F. SHEA
                  UNITED STATES DISTRICT JUDGE

ORDER - 2