AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

PLAINTIFF,

Dean Russell Shelton

                                JUDGMENT IN A CIVIL CASE

                 v.

DEFENDANT'S,

                                CASE NUMBER: CV-09-0007-EFS

United States of America, et al

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  The Court instructed Plaintiff that if he wished to proceed with this action, he must notify the Court no later than April 20, 2009. Plaintiff did not respond. The Complaint (Ct. Rec. 1) is DISMISSED without prejudice.

May 8, 2009                                        JAMES R. LARSEN
*Date*                                                  *Clerk*
                                                    s/ Vikki Johnson
                                                    *(By) Deputy Clerk*
                                                    Vikki Johnson